# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RITA BOTELHO, DASHAWN PEYTON, and MICHAEL SHANAHAN, *individually on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:26-cv-03932<br><br>MOTION DAY: May 18, 2026<br><br>Hon. Madeline Cox Arleo<br>Hon. Jose R. Almonte |

## PLAINTIFFS' MOTION TO REMAND

Pursuant to L. Civ. R. 78.1, on May 18, 2026, Plaintiffs will respectfully move this Court, pursuant to 28 U.S.C. § 1447(c), to remand this action to the Superior Court of New Jersey, Civil Division, Hudson County. In support, Plaintiffs rely on the accompanying memorandum of law and exhibits.

Respectfully submitted,

Dated: April 17, 2026          By:     *s/Patrick Howard*
                                              Simon Bahne Paris (NJ ID #04982-1996)
                                              Patrick Howard (NJ ID #02280-2001)
                                              Joshua D. Snyder (NJ ID #02390-2001)
                                              Benjamin J. Eichel (NJ ID #31779-2019)
                                              **SALTZ, MONGELUZZI,**
                                              **& BENDESKY, P.C.**
                                              8000 Sagemore Drive, Suite 8303

Marlton, NJ 08053
Telephone: (215) 575-3985
Email: sparis@smbb.com
      phoward@smbb.com
      jsnyder@smbb.com
      beichel@smbb.com

Eric J. Nemeth, Esq.
**ERIC J. NEMETH, P.C.**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
enemeth@ejcounsel.com

Neil D. Marotta, Esq.
**MAROTTA & GARVEY**
NJ ID #02478-1992
3916 Bergenline Avenue, Suite 2200
Union City, NJ 07087
mglawyers@aol.com

*Attorneys for Plaintiffs and the Proposed Class*

2