## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RITA BOTELHO, DASHAWN PEYTON, and MICHAEL SHANAHAN, *individually on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:26-cv-03932<br><br>MOTION DAY: May 18, 2026<br><br>Hon. Madeline Cox Arleo<br>Hon. Jose R. Almonte |

## CERTIFICATE OF SERVICE

I, Patrick Howard, hereby certify that on April 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

Dated: April 17, 2026                    */s/ Patrick Howard*
                                         Patrick Howard (NJ ID #02280-2001)