**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RITA BOTELHO, DASHAWN PEYTON, and MICHAEL SHANAHAN, *individually on behalf of themselves and all others similarly situated,*<br><br>                      Plaintiffs,<br><br>        v.<br><br>THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>                      Defendants. | Case No. 2:26-cv-03932<br><br>MOTION DAY: May 18, 2026<br><br>Hon. Madeline Cox Arleo<br>Hon. Jose R. Almonte |

**[PROPOSED] ORDER ON
<u>PLAINTIFFS' MOTION FOR REMAND</u>**

AND NOW this _____ day of _____, 202_, having considered

Plaintiffs' Motion for Remand, the accompanying memorandum of law and exhibits,

as well as Defendants' opposition, and any reply thereto, the Court hereby **ORDERS**

that Plaintiffs' motion is **GRANTED**.  This matter is remanded to the Superior Court

of New Jersey for Hudson County.

                                        **SO ORDERED:**


                                        _____
                                        Hon.