

*Derek Reed | Partner*
direct:  (973) 854-6710
dreed@EPGPRlaw.com

April 22, 2026

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    *Rita Botelho, et al. v. The Towers at Portside Urban Renewal Company, LLC, et al.,*
Case No. 2:26-cv-03932-MCA-JRA

Dear Judge Cox Arleo:

This firm represents Defendants The Towers at Portside Urban Renewal Company, LLC and Equity Residential Management, LLC in the above-captioned matter. Defendants respectfully request a thirty (30) day adjournment of the return date for Plaintiffs' Motion to Remand (ECF No. 4) from May 18, 2026 to June 15, 2026, and a corresponding extension of Defendants' opposition deadline from May 4, 2026 to June 1, 2026. Plaintiffs' counsel, Patrick Howard, Esq., has consented to this request.

Good cause exists for this limited request. Plaintiffs filed their Motion to Remand on April 17, 2026. Under the current schedule, Defendants' opposition is due on May 4, 2026. Defendants' lead counsel, Andrew W. Vail, will be outside the country from April 20 through April 30, 2026, leaving only one full business day after his return before the opposition deadline. Relatedly, Defendants are also preparing *pro hac vice* motion papers for Mr. Vail and other Jenner & Block counsel in this matter. In addition, the remand motion implicates related procedural issues raised in Defendants' April 14, 2026 letter (ECF No. 33) in Case No. 2:24-cv-07508-MCA-JRA concerning the dismissal of that prior federal tenant class action and the filing of the new state court action, for which Defendants also requested a conference.

Defendants make this request in good faith and not for purposes of delay, and respectfully request that the adjournment and extension be granted.

Respectfully Submitted,

/s/ *Derek D. Reed*
Derek D. Reed

cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN