

*Derek Reed | Partner*
direct: (973) 854-6710
dreed@EPGPRlaw.com

May 4, 2026

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
Chambers of Madeline Cox Arleo
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

       Re:   *Rita Botelho, et al. v. The Towers at Portside Urban Renewal Company, LLC, et al.,*
           Case No. 2:26-cv-03932-MCA-JRA

Dear Judge Cox Arleo:

This firm represents Defendants The Towers at Portside Urban Renewal Company, LLC and Equity Residential Management, LLC in the above-captioned matter. We write in response to the Clerk's quality-control notice concerning a Diversity Disclosure Statement under Federal Rule of Civil Procedure 7.1(a)(2). The Clerk's Office advised counsel that a letter should be uploaded explaining Defendants' position.

Rule 7.1(a)(2) requires a diversity disclosure statement '[i]n an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).' This action was removed under the Class Action Fairness Act, 28 U.S.C. § 1332(d), not § 1332(a). Defendants' Notice of Removal states that the Court has original jurisdiction under CAFA, 28 U.S.C. § 1332(d), and that CAFA's minimal-diversity, class-size, and amount-in-controversy requirements are satisfied. ECF No. 1 at 1, 3-5.

Because jurisdiction is based on § 1332(d), Rule 7.1(a)(2)'s § 1332(a) diversity disclosure requirement does not apply. Defendants therefore respectfully submit that no Diversity Disclosure Statement is required from Defendants unless the Court orders otherwise.

We appreciate the Court's attention to this matter.

           Respectfully Submitted,

           /s/ *Derek D. Reed*
           Derek D. Reed

cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN