

*Derek Reed | Partner*
direct: (973) 854-6710
dreed@EPGPRlaw.com

May 15, 2026

<u>**VIA ECF**</u>
Hon. Jose R. Almonte, U.S.M.J.
Chambers of Jose R. Almonte
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    *Rita Botelho, et al. v. The Towers at Portside Urban Renewal Company, LLC, et al.,*
Case No. 2:26-cv-03932-MCA-JRA

Dear Judge Almonte:

This firm represents Defendants The Towers at Portside Urban Renewal Company, LLC and Equity Residential Management, LLC in the above-captioned matter. Pursuant to the Court's May 12, 2026 Text Order (Dkt. No. 8), Defendants submit the accompanying Supplemental Certifications of Terri L. Mascherin, Esq., Andrew W. Vail, Esq., and Daniel J. Weiss, Esq. in support of their applications for admission *pro hac vice*.

We appreciate the Court's attention to this matter.

Respectfully Submitted,

/s/ *Derek D. Reed*
Derek D. Reed

cc: All counsel (via ECF)

Please direct replies to:
60 Park Place, 18th Floor, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.EPGPRlaw.com

NEWARK    •    NEW YORK    •    MORRISTOWN