**Derek D. Reed, Esq. (Attorney ID # 038062003)**
**EHRLICH, PETRIELLO, GUDIN, PLAZA & REED**
**A Professional Corporation**
**60 Park Place, 18th Floor**
**Newark, New Jersey 07102**
**(973) 643-0040**
**Attorneys for Defendants**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RITA BOTELHO, DASHAWN PEYTON, and MICHAEL SHANAHAN, individually on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>    Defendants. | Civil Action No. 2:26-cv-03932-MCA-JRA<br><br>**SUPPLEMENTAL CERTIFICATION OF ANDREW W. VAIL IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

ANDREW W. VAIL, of full age, certifies and states:

1.    I make this Supplemental Certification in accordance with L. Civ. R. 101.1(c) in support of the request of Defendants, The Towers at Portside Urban Renewal Company, LLC and Equity Residential Management, LLC ("Defendants") for an Order admitting me to appear and participate in this matter pro hac vice.

2.    I am an attorney and a partner at Jenner & Block LLP, 353 North Clark Street, Chicago, Illinois 60654, counsel to Defendants in this action.

3.    I am a member in good standing of the bar of the State of Illinois (Bar No. 6279951) and have been admitted to practice before the Illinois Supreme Court since 2003. Attached is a Certificate of Good Standing from the Illinois Supreme Court.

4.    My federal court admissions, including the year of admission and the name and address of the official or office maintaining the roll of members for each such bar, are as follows:

4(a). U.S. Supreme Court (2011) - Clerk's Office, Supreme Court of the United States, 1 First Street, NE, Washington, DC 20543.

4(b). U.S. Court of Appeals for the First Circuit (2007) - Clerk of Court, U.S. Court of Appeals for the First Circuit, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2500, Boston, MA 02210.

4(c). U.S. Court of Appeals for the Seventh Circuit (2009) - Clerk's Office, U.S. Court of Appeals for the Seventh Circuit, Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Room 2722, Chicago, IL 60604.

4(d). U.S. Court of Appeals for the Eleventh Circuit (2021) - Clerk of Court, U.S. Court of Appeals for the Eleventh Circuit, 56 Forsyth Street, N.W., Atlanta, GA 30303.

4(e). U.S. District Court for the Central District of Illinois (2004) - Clerk's Office, U.S. District Court for the Central District of Illinois, 600 East Monroe Street, Room 151, Springfield, IL 62701.

4(f). U.S. District Court for the Northern District of Illinois (2003) - Clerk's Office, U.S. District Court for the Northern District of Illinois, Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, 20th Floor, Chicago, IL 60604.

4(g). U.S. District Court for the Northern District of Illinois (Trial Bar) (2009) - Clerk's Office, U.S. District Court for the Northern District of Illinois, Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, 20th Floor, Chicago, IL 60604.

4(h). U.S. District Court for the Western District of Michigan (2021) - Clerk of Court, U.S. District Court for the Western District of Michigan, 399 Federal Building, 110 Michigan Street, NW, Grand Rapids, MI 49503.

4(i). U.S. Tax Court (2019) - Office of the Clerk of the Court, United States Tax Court, 400 Second Street, NW, Washington, DC 20217.

5.    I respectfully request that this Court issue an Order admitting me to appear on behalf of Defendants pro hac vice. I will abide by the Rules of this Court, and I acknowledge that if I am admitted pro hac vice, I will be within the disciplinary jurisdiction of this Court.

 I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Dated: May 15, 2026                     _/s/ Andrew W. Vail_
                                        Andrew W. Vail