**Derek D. Reed, Esq. (Attorney ID # 038062003)**
**EHRLICH, PETRIELLO, GUDIN, PLAZA & REED**
**A Professional Corporation**
**60 Park Place, 18th Floor**
**Newark, New Jersey 07102**
**(973) 643-0040**
**Attorneys for Defendants**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RITA BOTELHO, DASHAWN PEYTON, and MICHAEL SHANAHAN, individually on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>  Defendants. | Civil Action No. 2:26-cv-03932-MCA-JRA<br><br>**SUPPLEMENTAL CERTIFICATION OF DANIEL J. WEISS IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

DANIEL J. WEISS, of full age, certifies and states:

1. I make this Supplemental Certification in accordance with L. Civ. R. 101.1(c) in support of the request of Defendants, The Towers at Portside Urban Renewal Company, LLC and Equity Residential Management, LLC ("Defendants") for an Order admitting me to appear and participate in this matter pro hac vice.

2. I am an attorney and a partner at Jenner & Block LLP, 353 North Clark Street, Chicago, Illinois 60654, counsel to Defendants in this action.

3. I am a member in good standing of the bar of the State of Illinois (Bar No. 6256843) and have been admitted to practice before the Illinois Supreme Court since 1998. Attached is a Certificate of Good Standing from the Illinois Supreme Court.

4. My federal court admissions, including the year of admission and the name and address of the official or office maintaining the roll of members for each such bar, are as follows:

4(a). U.S. Supreme Court (2011) - Clerk's Office, Supreme Court of the United States, 1 First Street, NE, Washington, DC 20543.

4(b). U.S. Court of Appeals for the Second Circuit (2020) – Clerk's Office, U.S. Court of Appeals for the Second Circuit, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

4(c). U.S. Court of Appeals for the Sixth Circuit (2001) - Clerk, U.S. Court of Appeals for the Sixth Circuit, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Room 540, Cincinnati, OH 45202-3988.

4(d). U.S. Court of Appeals for the Seventh Circuit (2010) - Clerk's Office, U.S. Court of Appeals for the Seventh Circuit, Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Room 2722, Chicago, IL 60604.

4(e). U.S. Court of Appeals for the Ninth Circuit (2024) – Clerk's Office, The James R. Browning Courthouse, 95 7th Street, San Francisco, CA 94013.

4(f). U.S. Court of Appeals for the Tenth Circuit (2015) – Clerk's Office, Byron White U.S. Courthouse, 1823 Stout Street, Denver, CO 80257.

4(g). U.S. District Court for the Central District of Illinois (2003) – Clerk's Office, U.S. District Court for the Central District of Illinois, 600 East Monroe Street, Room 151, Springfield, IL 62701.

4(h). U.S. District Court for the Western District of Kentucky (2007) – Clerk's Office, 241 East Main Ave, Suite 120, Bowling Green, KY 42101.

4(i). U.S. District Court for the Northern District of Illinois (1998) – Clerk's Office, U.S. District Court for the Northern District of Illinois, Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, 20th Floor, Chicago, IL 60604.

4(j). U.S. District Court for the Northern District of Illinois (Trial Bar) (2008) - Clerk's Office, U.S. District Court for the Northern District of Illinois, Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, 20th Floor, Chicago, IL 60604.

4(k). U.S. District Court for the Western District of Michigan (2001) - Clerk of Court, U.S. District Court for the Western District of Michigan, 399 Federal Building, 110 Michigan Street, NW, Grand Rapids, MI 49503.

4(l). U.S. District Court for the Eastern District of Wisconsin (2000) - Clerk's Office / Attorney Admissions, U.S. District Court for the Eastern District of Wisconsin, United States Federal Building and Courthouse, 517 E. Wisconsin Avenue, Room 362, Milwaukee, WI 53202.

4(m). U.S. District Court for the Western District of Wisconsin (2001) - Clerk of Court, U.S. District Court for the Western District of Wisconsin, 120 North Henry Street, Room 320, Madison, WI 53703.

4(n). U.S. District Court for the District of Colorado (2014) – Clerk's Office, Alfred A. Arraj, U.S. Courthouse, Room A105, 901 19th Street, Denver, CO 80294.

5.    I respectfully request that this Court issue an Order admitting me to appear on behalf of Defendants pro hac vice. I will abide by the Rules of this Court, and I acknowledge that if I am admitted pro hac vice, I will be within the disciplinary jurisdiction of this Court.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Dated:  May 15, 2026                                    */s/ Daniel J. Weiss*
                                                        Daniel J. Weiss