**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| RITA BOTELHO, DASHAWN PEYTON, and MICHAEL SHANAHAN, *individually on behalf of themselves and all others similarly situated,*<br><br>                              Plaintiffs,<br><br>          v.<br><br>THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC and EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>                              Defendants. | Case No. 2:26-cv-03932 |

## PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO REMAND

Defendants did not file any opposition to Plaintiffs' Motion to Remand. Plaintiffs respectfully ask the Court to remand this action and award their attorneys' fees and costs.

Plaintiffs filed their class action complaint in the Superior Court of New Jersey for Hudson County on Friday, April 10, 2026. The Complaint made clear, in both its text and an image excerpted from Defendants' own lease agreements with the Plaintiffs and putative class, that Defendants' venue clause requires all disputes to be brought in the county where the leased property is located, Hudson County. Dkt. No. 1, Ex. 1 at ¶¶28-30. On Monday, April 13, 2026, at 6:05 p.m., Plaintiffs' counsel forwarded the state court complaint to Defendants' counsel and asked them to accept service. Defendants did not respond. Instead, less than 24 hours later on April 14, 2026, and without regard to the terms of their own lease agreements, Defendants removed the action to this Court claiming jurisdiction pursuant to the Class Action Fairness Act. Dkt. No. 1 at ¶¶10-23.

1

Because binding Third Circuit precedent—cited expressly in the Complaint—holds that a contractual venue clause controls over CAFA jurisdiction (Dkt. No. 1, Ex. 1 at ¶30), Plaintiffs moved to remand on April 17, 2026. Dkt. No. 4. The original motion day was May 18, 2026. At Defendants' counsel's request, and with Plaintiffs' consent, the Court granted a thirty-day extension based on a pre-planned vacation, Dkt. No. 5, and moved the motion day to June 15, 2026, making Defendants' opposition due on June 1, 2026. Dkt. No. 6. On June 1, 2026, Defendants filed nothing. *See, generally, id.*

Failure to file a timely opposition results in waiver. *See Young v. United States*, 152 F. Supp. 3d 337, 353–54 (D.N.J. 2015). Defendants' decision not to defend their removal confirms that they lacked an objectively reasonable basis to remove this matter. *See MAC 1 Invs., LLC v. Teresa Santamaria Boceta*, No. SACV 10-1285, 2010 WL 4054467, at *3 (C.D. Cal. Oct. 14, 2010) (awarding fees and expenses to plaintiff where the defendant "failed to oppose the motion to remand impl[ying] that Defendant recognized the meritless nature of removal."). Plaintiffs are therefore entitled to recover the attorneys' fees and costs they incurred preparing the remand motion. 28 U.S.C. § 1447(c); *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 141 (2005) ("courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal."). The Court should remand this matter and award Plaintiffs their attorneys' fees and costs. *Id.*; *Steffes v. Reed*, No. 8:20CV57, 2020 WL 1185250, at *2 (D. Neb. Mar. 12, 2020) (awarding plaintiff fees and costs where defendant "fil[ed] a frivolous notice of removal, and even after being apprised of the law as set forth in Plaintiff's brief, they did not respond to the motion for remand much less concede that remand was proper.").

**CONCLUSION**

For these reasons, Plaintiffs respectfully request that the Court remand this action to the Superior Court of New Jersey, Law Division, Hudson County, and award Plaintiffs their attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c).

Respectfully submitted,

Dated: June 2, 2026

_s/Patrick Howard_____
Simon Bahne Paris
Patrick Howard
Joshua D. Snyder
Benjamin J. Eichel
**SALTZ, MONGELUZZI,**
**& BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 575-3985
Facsimile: (215) 496-0999
Email: sparis@smbb.com
        phoward@smbb.com
        jsnyder@smbb.com
        beichel@smbb.com

Eric J. Nemeth, Esq.
**ERIC J. NEMETH, P.C.**
55 Madison Avenue,
Suite 400
Morristown, NJ 07960
enemeth@ejcounsel.com

Neil D. Marotta, Esq.
**MAROTTA & GARVEY**
NJ Attorney ID No. 024781992
3916 Bergenline Avenue,
Suite 2200
Union City, NJ 07087
mglawyers@aol.com

*Attorneys for Plaintiffs and the Proposed Class*

3

**CERTIFICATE OF SERVICE**

I, Patrick Howard, hereby certify that on June 2, 2026, I electronically filed Plaintiffs' Reply in Further Support of their Motion to Remand , with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

Dated: June 2, 2026                    */s/ Patrick Howard*
                                       Patrick Howard (NJ ID #02280-2001)

4