# ATTACHMENT "A"

---

**From:** Howard, Patrick <phoward@smbb.com>
**Sent:** Wednesday, May 27, 2026 5:56:14 PM
**To:** Vail, Andrew W. <AVail@jenner.com>; Philip Adelman <PAdelman@jcnj.org>; Eichel, Ben <beichel@smbb.com>; Eric Nemeth <enemeth@ejcounsel.com> <enemeth@ejcounsel.com>; Derek Reed <dreed@epgprlaw.com>; mgclawyers <mgclawyers@aol.com>
**Cc:** Matthew Sebera <msebera@epgprlaw.com>; Slaughter, Jalyn A. <JSlaughter@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** Re: portside letter

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Andrew,

I think we are going to stick with our proposed offer to extend the motion day to July 6. That is for two primary reasons, first, we do not agree the class action is entirely contingent on the prerogative writ outcome. Portside submitted an expert report that states that after August 2022 building 100 could not conceivably have any exemption from rent control. Portside's rent addendums failed to disclose that, which was required by 84.3. The claims arising out of those facts will proceed regardless of the outcome of the pending summary judgment.

Second, as Judge Falk repeatedly pointed out, the District of New Jersey is one of the busiest in the nation. I am arguing a 12(b)(6) motion in DNJ on June 8 in a different matter that was fully briefed last December and not complex. Waiting potentially months for an order on partial summary judgment, then whatever comes after that (reconsideration, 1292 applications, the remaining takings /due process claims asserted by Portside), only to then brief what is otherwise a straightforward remand issue and wait for a ruling, we view as unnecessary delay.

We believe if we extend the motion day to July 6, we we'd likely get a ruling on remand several months down the road. By the point, the summary judgment issues should either be decided or not far behind.

Let us know how you'd like to proceed.

Thanks.

**Patrick Howard, Esq.**
PARTNER | CLASS ACTION AND ECONOMIC LOSS



One Liberty Place, 1650 Market Street, 52nd Floor,
Philadelphia, PA 19103
+1 215.575.3895 (office) | +1 215.868.3289 (cell)
phoward@smbb.com | www.smbb.com

**From:** "Vail, Andrew W." <AVail@jenner.com>
**Date:** Tuesday, May 26, 2026 at 8:49 PM
**To:** Patrick Howard <phoward@smbb.com>, Philip Adelman <PAdelman@jcnj.org>, "Eichel, Ben" <beichel@smbb.com>, "Eric Nemeth <enemeth@ejcounsel.com>" <enemeth@ejcounsel.com>, Derek Reed <dreed@epgprlaw.com>, mgclawyers <mgclawyers@aol.com>
**Cc:** Matthew Sebera <msebera@epgprlaw.com>, "Slaughter, Jalyn A." <JSlaughter@jenner.com>, "McDowell, Fallon P." <FMcDowell@jenner.com>
**Subject:** Re: portside letter

> CAUTION: This message originated outside of the SMBB.com email system. Do not click on links or open attachments unless you were expecting this email.

Patrick, thank you for your response and plaintiffs' agreement to extend to at least July 6. For efficiencies for all involved, we believe the remand dispute should wait until the SJ on PW is resolved, as all keys off of that resolution, which also may avoid any overlap for your trial (and we'd otherwise be willing to accommodate as necessary) - are plaintiffs willing to reaffirm agreement to that sequence or let us know the thinking driving a different sequence? We are happy to talk/videoconference this week. Thanks, Andrew

Get Outlook for Mac

**From:** Howard, Patrick <phoward@smbb.com>
**Date:** Tuesday, May 26, 2026 at 4:48 PM
**To:** Vail, Andrew W. <AVail@jenner.com>, Philip Adelman <PAdelman@jcnj.org>, Eichel, Ben <beichel@smbb.com>, Eric Nemeth <enemeth@ejcounsel.com>, Derek Reed <dreed@epgprlaw.com>, mgclawyers <mgclawyers@aol.com>
**Cc:** Matthew Sebera <msebera@epgprlaw.com>, Slaughter, Jalyn A. <JSlaughter@jenner.com>, McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** Re: portside letter

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe
We'd be agreeable to moving the return date to July 6, which makes your opposition due June 22 our reply June 29. We are not willing to go past July 6 due to other commitments and scheduling issues throughout the summer, including two date certain trials.

Please let us know if that works.

Thanks.

**Patrick Howard, Esq.**
Partner | Class Action and Economic Loss


SALTZ
MONGELUZZI
BENDESKY
TRIAL LAWYERS

One Liberty Place, 1650 Market Street, 52nd Floor,
Philadelphia, PA 19103

+1 215.575.3895 (office) | +1 215.868.3289 (cell)
phoward@smbb.com | www.smbb.com

---

**From:** "Vail, Andrew W." <AVail@jenner.com>
**Date:** Tuesday, May 26, 2026 at 10:55 AM
**To:** Philip Adelman <PAdelman@jcnj.org>, Patrick Howard <phoward@smbb.com>, "Eichel, Ben" <beichel@smbb.com>, "Eric Nemeth <enemeth@ejcounsel.com>" <enemeth@ejcounsel.com>, Derek Reed <dreed@epgprlaw.com>, mgclawyers <mgclawyers@aol.com>
**Cc:** Matthew Sebera <msebera@epgprlaw.com>, "Slaughter, Jalyn A." <JSlaughter@jenner.com>, "McDowell, Fallon P." <FMcDowell@jenner.com>
**Subject:** RE: portside letter

> CAUTION: This message originated outside of the SMBB.com email system. Do not click on links or open attachments unless you were expecting this email.

---

Dear All:

We write to follow up on the attached, including to learn if there can be agreement regarding the remand opposition deadline so that issue can be submitted to the Court as agreed or opposed today.

Thanks, Andrew

---

**Andrew W. Vail**

**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654-3456   |   jenner.com
+1 312 840 8688   |   Tel